# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 22, 2004

*Before*

**Hon.** RICHARD D. CUDAHY, *Circuit Judge*

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br>　　　Plaintiff-Appellee,<br><br>No. 03-3520　　　　　　　　v.<br><br>NATIONAL CASUALTY COMPANY,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 02 C 936<br>]<br>] Larry J. McKinney,<br>]　　　Chief Judge. |

　　　　　Upon consideration of the **MOTION TO CORRECT CLERICAL ERRORS IN THE OPINION,** filed on October 18, 2004, by counsel for the appellee,

　　　　　**IT IS ORDERED** that the motion is **GRANTED.** The court's opinion in this case, issued October 6, 2004, is **AMENDED** as follows. The references to Great West in lines 1 and 21 of the opinion are replaced with references to National Casualty. Line 1 should read, "...analysis which National Casualty is proposing..." Line 21 should read, "National Casualty relies heavily on..."